# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

**PLAINTIFF,**

    JUDITH SKIBA
    P.O. BOX 5088
    MOSS POINT, MS. 39563

**VS.**

**DEFENDANTS,**

    STEPHEN R. ROARK
    PRESIDENT OF JACOBS ENTERTAINMENT, INC.
    17301 W. COLFAX AVE. SUITE 250
    GOLDEN, COLORADO 80401,

    PAM STUART
    GENERAL MANAGER OF CASH MAGIC CASINO
    & TRUCK PLAZA
    109 S. SERVICE RD.
    RACELAND, LOUISIANA 70394



CASE NO. 13-5693

SECT. I MAG. 2

TENDERED FOR FILING
AUG 2 9 2013
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## COMPLAINT OF VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

The Plaintiff in the above styled case, Judith Skiba, claims that while she was employed with Cash Magic Casino & Truck Plaza, General Manager Pam Stuart, violated plaintiff's Civil Rights under Title VII of the 1964 Civil Rights Act.

1.

Plaintiff is a fifty-six year old white female, who began her employment with Cash Magic Casino & Truck Plaza on October 18, 2012. She was employed as a Casino Host in which her

job description was to provide change for customers who played the slot machines and provide beverages. In November of 2012, General Manager Pam Stuart approached the Plaintiff and explained that they were short employees in the restaurant grill and also the convenience store. Plaintiff agreed to help out and began her training in both. The Plaintiff was going to be scheduled to work two days in the grill and three days in the convenience store.

2.

The following Exhibits will illustrate the Plaintiff's work schedules in the following weeks. (Exhibits1&2) will show the Plaintiff still in the casino and having two days of training on the grill. (Exhibit 3) shows that the Plaintiff has one week of training for the convenience store. (Exhibits4&5) is to show the schedules that the Plaintiff worked in the following weeks, with three days in the convenience store and two days in the grill and restaurant. During the time that the Plaintiff worked in the restaurant, she suffered a great deal of criticism from other employees. They would tell her how she couldn't do anything, or she was a dummy, and she did not know much. Plaintiff felt that with only a couple of days of training that she did very well in the grill and restaurant. But at this time, the management took Plaintiff out of the restaurant and grill and put her full time in convenience store. If you review (Exhibits6&7) you will see that a new employee was scheduled for the restaurant. An Afro-America girl named "Bridgt" was scheduled for two full weeks of training in the restaurant and grill. One schedule will show that the new employee was schedule for one week in mornings and the other one week in the afternoons. On December 24, 2012, Plaintiff call the companies hotline, one that Jacobs Entertainment, Inc. set up for it's employees to make complaints of fraud or unethical problems. A complaint of racial discrimination was made because Pam Stuart, an Afro-American scheduled

an Afro-American for two full weeks of training and did not do this with a white employee. (Exhibit 8) will show the report that was made on the companies hotline for racial discrimination.

3.

A little over a week after the report of racial discrimination was made, Plaintiff, Judith Skiba was fired from her job. Accusations were made of the Plaintiff that she said inappropriate comments to a customer and that is why she was fired. At the time that the management claims that the comments were made, the Plaintiff never had any write-ups for any previous behavior. When Plaintiff was fired, the report of discrimination was closed and still today no answer to the complaint was ever given.

## Jurisdiction

The Civil Rights Violation under Title VII of the Civil Rights Act involving Cash Magic Casino & Truck Plaza of Raceland, Louisiana, falls under the U.S. District Court for the Eastern Division of Louisiana.

## PARTIES

Jacobs Entertainment, Inc. of Golden, Colorado, owns and operates the Cash Magic Casino

& Truck Plaza of Raceland, Louisiana. Pam Stuart, General Manager of Cash Magic Casino & Truck Plaza.

# STATEMENT OF CLAIM

When Plaintiff applied for the job position with the Cash Magic Casino & Truck Plaza, she applied for the position of Casino Host. In agreeing to help in the restaurant and convenience store, Plaintiff believed that she was helping management in their shortage of employees. With scheduling a white employee to only a couple of days of training, then subjecting her to terrible criticism by others was unfair. But scheduling "Bridgt" an Afro-American to two weeks of training giving them more opportunities to learn, this was in violation of Plaintiff's rights.

# DEMANDS

Plaintiff is asking for 100,000.00 (one hundred thousand), for the violation of Civil Rights under Title VII of the 1964 Civil Right Act. After Plaintiff lost her job she suffered financial losses. Losing her transportation to the bank was the most important that the Plaintiff suffered as a trickled affect from losing her job. If Plaintiff would have had medical insurance to have helped her in the past couple of months, but losing her job, Plaintiff is asking for 10,000.00 (ten thousand) for medical problems in the past couple of months. Plaintiff is asking for some negotiation for losses in denial of unemployment. Also Plaintiff ask for all court costs be paid.

Date August 26, 2013

Judith Skiba
P.O. Box 5088
Moss Point, Ms. 39563
228 383-2633

EEOC Form 161-B (11/09)    **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Judith Skiba<br>P.O. Box 5088<br>Moss Point, MS 39563 | From: | New Orleans Field Office<br>1555 Poydras Street<br>Suite 1900<br>New Orleans, LA 70112 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 461-2013-00906 | Uma Kandan,<br>Supervisory Investigator | (504) 595-2856 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*

Keith T. Hill,
Director

JUN 2 6 2013    *(Date Mailed)*

Enclosures(s)

TENDERED FOR FILING

cc: Olivia S. Regard
Counsel for Cash Magic/Jacobs Entertainment, Inc.
BABINEAUX, POUCHE ANTHONY & SLAVICH, LLC
1201 Camellia Blvd., Third Floor
Lafayette, LA 70508

337 984-2505
984 2503

AUG 29 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Enclosure with EEOC
Form 161-B (11/09)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 461-2013-00906 |

**Louisiana Commission On Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Judith Skiba | (228) 383-2633 | |

Street Address: P.O. Box 5088, Moss Point, MS 39563

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CASH MAGIC CASINO AND TRUCK PLAZA | 15 - 100 | (985) 537-7660 |

Street Address: 109 S. Service Rd, Raceland, LA 70394

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-07-2013    Latest: 01-07-2013
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with the company in October 2012, as a Casino Host. Shortly after being hired, I was moved from the casino to the grill. I was moved to the convenience store after the company hired a black female to work in the grill position. On December 24, 2012, I complained of racial discrimination through the company's secure online complaint system however no action was taken. On January 7, 2013, I was discharged for allegedly making a comment about a customer.

After I was moved to the grill position I only received training for two days however the black female employee that was hired for the grill received two weeks of training. I filed a complaint due to constant criticizing and derogatory comments that were being made to me by black employees.

I believe that I was discriminated against because of my race (white) in that I was subjected to different terms and conditions during my employment and ultimately discharged in retaliation for complaining about the unfair treatment in violation of Title VII of the Civil Rights Act of 1964 as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

04/15/13 — *Judith Skiba* — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

# EXHIBITS

*Judith Skiba*

Judith Skiba

P.O. Box 5088

Moss Point, Ms. 39563

228 383-2633

## RACELAND NON-GAMING SCHEDULE

| DEPARTMENT | | CASINO | | | | | | |
|---|---|---|---|---|---|---|---|---|
| EMPLOYEE | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY | Budget Hrs. |
| DATE | 5-Nov | 6-Nov | 7-Nov | 8-Nov | 9-Nov | 10-Nov | 11-Nov | |
| REANA | OFF | 6AM-2PM | 6AM-2PM | OFF | 5PM-10PM | 10PM-6AM | 10PM-6AM | 37.00 |
| JESSIE | OFF | OFF | 2PM-10PM | 2PM-10PM | 2PM-10PM | 2PM-10PM | 2PM-10PM | 40.00 |
| SHELLY | 2PM-10PM | 2PM-10PM | 10PM-6AM | 10PM-6AM | 10PM-6AM | OFF | OFF | 40.00 |
| MELINDA | 10PM-6AM | 10PM-6AM | OFF | 6AM-2PM | OFF | 6AM-2PM | 6AM-2PM | 40.00 |
| JUDTH | 12PM-8PM | 3PM-11PM | 4PM-10PM | OFF | 8AM-4PM/G | 8AM-4PM/G | OFF | 38.00 |
| JANE | 6AM-2PM | OFF | OFF | 2PM-8PM | 6AM-2PM | 4PM-12AM | 4PM-11PM | 37.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| SHANTEL | 6AM-1PM | 6AM-12PM | 6AM-10AM | 6AM-12PM | 6AM-2PM | 6AM-10AM | OFF | 36.00 |
| CHELSEY | 6AM-1PM | 3PM-10PM | 3PM-10PM | 3PM-10PM | 6AM-1PM | OFF | 6AM-10AM | 40.00 |

Revised

Subject to change

308.00

Exhibit 1

RACELAND NON-GAMING SCHEDULE

| DEPARTMENT | | CASINO | | | | | | |
|---|---|---|---|---|---|---|---|---|
| EMPLOYEE | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY | Budget Hrs. |
| | 12-Nov | 13-Nov | 14-Nov | 15-Nov | 16-Nov | 17-Nov | 18-Nov | |
| SHANTEL | 6AM-2PM/drop | 2PM-10PM | OFF | 2PM-10PM | 6AM-2PM/drop | VP | OFF | 40.00 |
| JESSIE | off | off | 2PM-10PM | 2PM-10PM | 2PM-10PM | off | 2PM-10PM | 40.00 |
| MELINDA | 10pm-6am | 10pm-6am | 10pm-6am | 10pm-6am | off | off | 10pm-6am | 40.00 |
| SHELLY | 2pm-10pm | 2pm-10pm | off | off | 2PM-10PM | 6am-2pm | 6am-2pm | 36.00 |
| REANNA | off | 6am-2pm | 6am-2pm | off | 10pm-6am | 10pm-6am | 6pm-10p | 36.00 |
| JANE | 11am-7pm | off | 2pm-10pm | 6am-2pm | 6am-2pm | 6PM-10PM | off | 36.00 |
| JUDY | 6am-2pm | off | 6am-2pmS | 6am-2pmS | off | grill/8am-3pm | grill8am-3pm | 38.00 |
| | | | | | | | | 226.00 |

Subject to change

REVISED

Exhibit 2

RACELAND NON-GAMING SCHEDULE

| DEPARTMENT | C-STORE | | | WEEK ENDING | | | | 4-16-4-22 |
|---|---|---|---|---|---|---|---|---|
| EMPLOYEES | MONDAY 19-Nov | TUESDAY 20-Nov | WEDNESDAY 21-Nov | THURSDAY 22-Nov | FRIDAY 23-Nov | SATURDAY 24-Nov | SUNDAY 25-Nov | BUDGE |
| DONNA | 6AM-2PM | OFF | OFF | 6PM-10PM | 2PM-10PM | 2PM-10PM | 2PM-10PM | 38.00 |
| SHILINDA | 6AM-2PM | OFF | OFF | 6AM-12PM | 6AM-2PM | 6AM-2PM | 6AM-2PM | 38.00 |
| DARRAS | 10PM-6AM | 10PM-6AM | 10PM-6AM | OFF | 10PM-6AM | 10PM-6AM | OFF | 40.00 |
| JUDY | 10PM-6AM | 10PM-6AM | 10PM-6AM | 10PM-6AM | OFF | OFF | 10PM-6AM | 40.00 |
| NEW EMPLOYEE | | | | | | | | |
| PAM | OFF | PW | PW | OFF | PW | PW | PW | |
| TAMMY | DROP | 6AM-2PM | 6AM-2PM | PW | DROP | VP | VP | |
| CHELSEY | 2PM-10PM | 2PM-10PM | 2PM-10PM | 12PM-6PM | DROP | VP | OFF | 208 |
| Schedule Subject to Change at Anytime!! | | | | | | | | 156.00 |

Exhibit 3

# RACELAND NON-GAMING SCHEDULE
## WEEK ENDING
8/12/2012

DEPARTMENT: C-STORE

| EMPLOYEES | MONDAY 26-Nov | TUESDAY 27-Nov | WEDNESDAY 28-Nov | THURSDAY 29-Nov | FRIDAY 30-Nov | SATURDAY 1-Dec | SUNDAY 2-Dec | BUDGE |
|---|---|---|---|---|---|---|---|---|
| DONNA | 2PM-10PM | OFF | 6AM-2PM | 11AM-6PM | 2PM-10PM | OFF | 6AM-11AM | 36.00 |
| SHILINDA | 6AM-2PM | OFF | OFF | 6AM-11AM | 6AM-2PM | 6AM-2PM | 6AM-2PM | 37.00 |
| DARRAS | OFF | OFF | 10PM-6AM | 10PM-6AM | 10PM-6AM | 10PM-6AM | OFF | 32.00 |
| JUDY | 10PM-6AM | 10PM-6AM | OFF | OFF | 11AM-5:30PMg | 11AM-5:30PMg | 10PM-6AM | 37.00 |
| SERINA | 7AM-2PM | 7AM-2PM | 7AM-2PM | OFF | OFF | 2PM-10PM | 2PM-10PM | 37.00 |
| CHELSEY | OFF | 2PM-10PM | 2PM-10PM | 6PM-10PM | OFF | 2PM-10PM | 2PM-10PM | 36.00 |
| TAMMY | DROP | 6AM-2PM | 6AM-2PM | OFF | DROP | PW | OFF | |
| PAMELA | PW | PW | | PW | PW | | | |
| | | | | | | | 215.00 | |

Schedule Subject to Change at Anytime!!

Exhibit 4

RACELAND NON-GAMING SCHEDULE
WEEK ENDING

8/12/2012

| DEPARTMENT | C-STORE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY | |
| EMPLOYEES | 3-Dec | 4-Dec | 5-Dec | 6-Dec | 7-Dec | 8-Dec | 9-Dec | BUDGE |
| DONNA | 4PM-10PM | 4PM-10PM | 6am-2pm | 2pm-10pm | 6AM-2pm | OFF | PW | 40.00 |
| SHILINDA | 6AM-4PM | 6AM-4PM | OFF | OFF | OFF | 6AM-4PM | 6AM-4PM | 36.00 |
| DARRAS | OFF | OFF | 10PM-6AM | OFF | 10PM-6AM | 10PM-6AM | 10PM-6AM | 32.00 |
| JUDITH | 10PM-6AM | 10PM-6AM | OFF | 10PM-6AM | OFF | 11AM-5PG | 11AM-5PG | 36.00 |
| SERINA | 4PM-10PM | 4PM-10PM | off | OFF | 2PM-10PM | 2PM-10PM | 2PM-10PM | 36.00 |
| CHELSEY | OFF | CASINO | 2PM-10PM | CASINO | DROP | OFF | VAULT | 36.00 |
| TAMMY | DROP | OFF | lafayette | 6AM-2PM | DROP | PW/V | OFF | |
| PAMELA | PW | PW | PW | PW | PW | casino | off | |
| | Schedule Subject to Change at Anytime!! | | | | | | | |

Exhibit 5

# RACELAND NON-GAMING SCHEDULE
## DEPARTMENT

WEEK ENDING 7-16-7-22

| EMPLOYEES | MONDAY 17-Dec | TUESDAY 18-Dec | WEDNESDAY 9-Dec | THURSDAY 20-Dec | FRIDAY 21-Dec | SATURDAY 22-Dec | SUNDAY 23-Dec | BUDGE |
|---|---|---|---|---|---|---|---|---|
| ANNETTE | 4.45AM-12.00PM | OFF | 4.45AM-12.00PM | 4.45AM-12.00PM | 4.45AM-12pm | 4.45AM-12pm | OFF | 36.25 |
| YOLDA | 11.AM-5.30PM | 11.AM-5.30PM | 11.AM-5.30PM | 11.AM-5.30PM | OFF | OFF | 4.45AM-12pm | 32.50 |
| MS J | off | 4.45AM-12.00PM | off | casino/5pm-10pm | casino/5pm-10pm | casino/5pm-10pm | off | 13.00 |
| JODY | | | 4.45AM-12.00PM | 4.45AM-12.00PM | 4.45AM-12.00PM | 11.AM-5.30PM | 11.AM-5.30PM | 36.25 |
| BRIDGT | 4.45AM-12.00PM | OFF | | | | | OFF | |
| | | | | | | | 118.00 | |
| SCHEDULE IS ALWAYS SUBJECT TO CHANGE!! | | | | | | | | |
| THANKS FOR ALL OF YOUR HARD WORK!\ | | | | | | | | TOTAL |

Exhibit 6

# RACELAND NON-GAMING SCHEDULE

DEPARTMENT ~~GRILL~~

WEEK ENDING 7-16-7-22

| EMPLOYEES | MONDAY 24-Dec | TUESDAY 25-Dec | WEDNESDAY 26-Dec | THURSDAY 27-Dec | FRIDAY 28-Dec | SATURDAY 29-Dec | SUNDAY 30-Dec | BUDGE |
|---|---|---|---|---|---|---|---|---|
| ANNETTE | 4.45AM-12.00PM | OFF | 4.45AM-12.00PM | 4.45AM-12.00PM | 4.45AM-12pm | 4.45AM-12pm | OFF | 36.25 |
| YELDA | 11am-5:30pm | OFF | 11am-5:30pm | 11am-5:30pm | OFF | 11am-5:30pm | 4.45AM-12pm | 32.50 |
| BRIDGT | 11am-5:30pm | OFF | 11am-5:30pm | 11am-5:30pm | 11am-5:30pm | OFF | 11am-5:30pm | 32.50 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | 101.25 |
| | | | | | | | | |
| SCHEDULE IS ALWAYS SUBJECT TO CHANGE!! | | | | | | | | |
| | | | | | | | | |
| THANKS FOR ALL OF YOUR HARD WORK! | | | | | | | | TOTAL |
| | | | | | | | | |

Exhibit 7

Exhibit 8

This report has been closed.

## Report Submission Date
12/24/2012

## Reported Company/Branch Information

| Name | JEI |
|---|---|
| Location | Cash Magic Casinos and Truck Stops |
| City/State/Zip | Raceland, LA |

## Violation Information

### Issue Type
Discrimination or Harassment

### Please identify the person(s) engaged in this behavior:
Pam Stuart - general manager
Dona (last name unknown) - associate
Sulinda (last name unknown) - associate

### Do you suspect or know that a supervisor or management is involved?
Yes

### If yes, then who?
Tammy (last name unknown), supervisor

### Is management aware of this problem?
No

### Please identify the nature of this discrimination or harassment, include all that apply:
Race

### Please provide the specific or approximate time this incident occurred:
At 11 a.m. on December 23, 2012

### How long do you think this problem has been going on?
1 to 3 months

### How did you become aware of this violation?
It happened to me

### Have you confronted the person engaged in this behavior?
Yes

### If yes, what did you say or do? What did they say or do?
Brought it to their attention and asked the issue to be changed.

### Details
Ms. Stuart rescheduled Ms. Skiba from the restaurant to the convenience store. Ms. Skiba applied for a position in the casino and did not apply for a restaurant position on her application but agreed to work in the restaurant due to the need for staff. Ms. Stuart and Tammy insult Ms. Skiba by saying she is not equipped to work in the restaurant. Ms. Skiba was scheduled to work on one of the busiest days at the restaurant. Sulinda yells at Ms. Skiba, accusing Ms. Skiba of not being able to perform proper duties in front of customers. Dona and Sulinda are rude to Ms. Skiba and do not speak to the African-American Employees (names withheld) in the unprofessional manner that is spoken to Ms. Skiba.

On approximately December 17, (exact day unknown), Ms. Skiba said an African-American Employee (name withheld) was hired and is scheduled for two weeks of training. Ms. Skiba received two days of training.

## Follow-Up Notes
There are no additional notes for this report.

